*Me*

STATE OF MAINE                                SUPERIOR COURT
CUMBERLAND, ss                                CIVIL ACTION
                                              DOCKET NO. CV-13-289
                                              JAW - Cum - 10/25/2013

MICHAEL J. DEE,
        Plaintiff                             (CORRECTED)
                                              ORDER ON MOTION TO
    v.                                        DISMISS

                          STATE OF MAINE
STATE OF MAINE,           Cumberland, ss  Clerk's Office
        Defendant
                               OCT 25 2013

                          RECEIVED

Before the Court is the State's motion to dismiss for plaintiff's violation of a court

order enjoining him from filing suit without court approval.

## FACTUAL AND PROCEDURAL BACKGROUND

Plaintiff filed a petition for declaratory and injunctive relief challenging various

aspects of Maine's marijuana laws as unconstitutional. Mr. Dee has a long history of

challenging marijuana laws in Maine courts and elsewhere. *See State v. Dee*, 2012 ME

26, ¶ 2n.1, 39 A.3d 42. In 2007, the Superior Court (Crowley, J.) enjoined Mr. Dee "from

filing further lawsuits in Maine courts to challenge the marijuana laws without prior

approval of the court." *Dee v. State*, 2007 WL 4698274 (Me. Super. June 25, 2007). The

Court explained its ruling:

> Over a span of twelve years, Dee has repeatedly and unsuccessfully attempted to
> litigate this issue in state and federal courts, described in detail above. At every
> turn, courts have informed him that his claims have no legal merit and that the
> legislature, not the judiciary, is the proper forum for addressing this issue. Thus,
> the Court enjoins him from filing further lawsuits in Maine courts to challenge the
> constitutionality of the State's civil and criminal marijuana laws without prior
> approval from the court.

*Id.* Mr. Dee also moves the Court to grant him permission to file his petition.

## DISCUSSION

"It is well-settled that a court may enjoin a party from filing frivolous and vexatious lawsuits." *Spickler v. Key Bank of S. Maine*, 618 A.2d 204, 207 (Me. 1992). Mr. Dee's current suit argues the same points previously rejected by this Court, the Law Court, and other courts in Maine and other states. Mr. Dee's suit is therefore frivolous and is accordingly dismissed.

The entry is:

Defendant's motion to dismiss is GRANTED.

Date: 10/24/13

Joyce A. Wheeler
Justice, Superior Court

Plaintiff-Michael J Dee (Pro Se)
Defendant-William R Fisher AAG